UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DANIEL MACHADO,

    Defendant.

CASE NO. CR99-78C

ORDER

    This matter comes before the Court on Defendant Daniel Machado's Motion for Early Termination of Supervised Release (Dkt. No. 67). The Court has carefully considered the papers submitted by the parties and hereby GRANTS Defendant's motion.

    Pursuant to 18 U.S.C. § 3583(e)(1), the Court finds early termination of Defendant's supervised release to be warranted by the conduct of Defendant since his release and in the interests of justice. It is therefore ORDERED that Defendant's supervised release be terminated effective August 2, 2005.

    The Clerk is directed to send copies of this Order to all counsel of record and to the United States Probation Office.

//

//

ORDER – 1

1     SO ORDERED this __2nd__ day of August, 2005.

 

_____
UNITED STATES DISTRICT JUDGE

ORDER – 2